UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONOCOPHILLIPS,

    Plaintiff,

vs.

    Case No. 05-cv-72407
    HON. GEORGE CARAM STEEH

M.H.I. INVESTMENTS, LLC, et al.,

    Defendants.

_____/

## ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S AMENDED MOTION FOR PROCEEDINGS SUPPLEMENTARY TO JUDGMENT

On February 8, 2012, plaintiff's counsel appeared for hearing on plaintiff's amended motion for proceedings supplementary to judgment. Counsel for defendants did not appear at the hearing and no response has been filed to plaintiff's amended motion for proceedings supplementary to judgment. For the reasons stated on the record at the February 8, 2012 hearing,

Plaintiff's amended motion for proceedings supplementary to judgment [#50] is DENIED WITHOUT PREJUDICE.

Plaintiff's motion for proceedings supplementary to judgment [#44] is MOOT.

SO ORDERED.

Dated: February 9, 2012

    S/George Caram Steeh
    GEORGE CARAM STEEH
    UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 9, 2012, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk