UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


CONOCOPHILLIPS CO.,

                    Plaintiff,

v.

M.H.I. INVESTMENTS, L.L.C., *et al.*,

                    Defendants.

                                        /

CASE NO. 05-72407

HONORABLE GEORGE CARAM STEEH


ORDER GRANTING PLAINTIFF'S
MOTION TO RENEW JUDGMENT (DOC. #54)

     Now before the court is plaintiff's motion to renew the judgment entered in its favor against defendant Marwan N. Haidar on August 23, 2006 (Doc. #54).  The court ordered any response to be filed by February 16, 2016.  No response has been filed.

     For the reasons articulated by plaintiff in its filing, the motion to renew judgment is GRANTED.  The judgment is renewed in favor of plaintiff, ConocoPhillips Co. and against defendant Marwan N. Haidar in the amount of $3,616,671.34, effective immediately upon entry of this order.

     SO ORDERED.

Dated:  March 2, 2016

                                      s/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
March 2, 2016, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk